Good morning everyone. The first argued case this morning, December 15, 3115, Gantt v. Social Security Administration, Mr. Corbin. Your Honor, may I please report? My name is Tom Corbin, and I represent the petitioner Jerry Gantt. Mr. Gantt is petitioning to find the decision of the Bare Systems Review Board regarding his removal from the Federal Service for performance-based reasons. It's interesting that we're here because the administrative judge, and it's important to note that my client appealed directly to this court. He did not ask for a decision from the administrative judge. He did not appeal to the board itself. But having said that, I'd like to point, the issues in this case are basically three. Mr. Gantt was removed because of three critical elements in his job. Those elements were one, and by the way, he was a benefits authorizer working for the Social Security Administration in the Baltimore headquarters office. Having said that, there were four critical elements in his job. The interpersonal communication or participation, he was rated successful. But the other three, which were one, participation, he was rated unsuccessful. Achieves business results, he was rated unsuccessful. And the one that demonstrates job knowledge was also rated as unsuccessful. He's appealed on a certain basis. With respect to those three elements, the ones that you just brought out and you bring out as those being the elements that were instrumental in the decision, as I understand your argument is that there was no objective performance criteria given to Mr. Gantt and therefore he could not really judge how he was doing. Is that your argument? That is the core of our argument. That's the core of your argument. Well, what about the performance chart that he was given in August of 2012 at page 845? There's a chart there at page 849 and it lists the numbers. This is numerical or empirical data that's based on the performance. Why isn't that sufficient? I appreciate the Court bringing attention to that. It's not sufficient because as my client stated consistently both when he was still employed by the agency and also when he testified at his hearing that what is missing from the chart, because it represents a number of cases, the hours worked, but the meaningful statistics that should be there are what as from a minimally accepted performance standard, how many cases do I have to? Well, it seems to me that in the record and there's various points in the record where that benchmark, I think the one that you're referring to, the goal post, let's say, that it was ten cases a day and then during his PAC evaluation that he went through, Mr. Iglesias, his supervisor, told him, you know, Mr. Gant, just do five. If you hit five, then we can continue with the performance and training and all. So those two numbers, ten is what everybody has to do, and then five in the middle of the review is still just get five done. Why aren't those appropriate goal posts to shoot against in view of this data? Well, the benchmark that His Honor is referring to, the 83% accuracy on about 25 cases per month, about five a week, was a standard coming out of training. But that standard was not carried over specifically with any specificity at doing the regular course of work. In fact, my client maintained and he testified to that he was not given any targets. Once he became a regular... So do you disagree with me or the way I view the record that ten was the target, the ten average cases per day? Do you disagree with that or that Mr. Iglesias told him hit five? I don't disagree, but the way it was characterized in the record is that the ten or twelve cases that the typical benefits authorizer completed each day, that's what they typically completed. That was not the benchmark or that was not a given number. Does the benchmark have to be numerically specific? In other words, does it have to be a ten or a five for an employee to understand that they should perform at least to the point of what you had to do to graduate as a trainee? As a trainee, yes, they had specific benchmarks, but in the module itself, no. And the law, Wilson and his line of cases says that it doesn't have to be a quantitative number specified, but it does also say that the standard has to be specific and precise enough that a general consensus can be derived. And that is the rub in this case and what my client relies on. Do you agree, though, that the case law is such that even if the standards on their face look somewhat vague or imprecise, that additional guidance that is provided can be taken into account when this court reviews those standards or when the board would review those standards? I agree with the premise, but the way it was implemented within this, within the social security and in particular in regards to my client, they were not. The supplementation was not. He contested that all along, and if you look at the various documentation that goes along with the performance appraisal and the opportunity to perform successfully, and in the specific site and in the removal letter, they do not give that day-to-day guidance that my client was searching for. Well, there was no doubt that they said to him that 1.6 a day and at a low accuracy rate, that his accuracy rate and his numbers were not high enough, right? And they said you've got to bring them both up. Yes. So then they put him under the performance review period and he goes down. At minimum, he knew he had to go up. And he maintained, and I would ask the court to review in its deliberations his response letter that said age 61 through age 64 in the appendix, he wrote a letter, where he kept his own statistics, if you will, of the jobs he completed, because what is not pointed out in the chart that was referred to earlier is that it only talked about completed cases. But you don't dispute that during this period only one to two cases were completed? What is your answer to the agency's position that irrespective of the benchmark, whether it's five or ten, one to two isn't close? I agree. Those numbers are not satisfactory. But if you take into account what was in my client's queue during that time, he had a lot of rework. On every Saturday, the expert, the technical expert that reviewed his work would – he had a lot of rework, if you will. And what he would do, he would be always completing his rework. But once he completed a rework case, it was not put in – it was no place for it to be monitored. It was – there's no statistical category that's reflected in any of the agency's documents that says you completed this case and when you completed it. They only talk about what he completed in terms of new cases. But I didn't see an argument that his load was heavier than or different from any other, and this continued over a long period. Where – what did the – your position is only that the benchmark they set was too high? No. My client – in the record, the record suggests that he did ask for additional case work. There were times when he said, I don't have anything to do. Please give me some additional work when he completed his rework, whatever category that involved, and any new cases. And there was some resistance or reluctance, and we're not here to argue that, but in the real world, he was not given additional cases. So he said that I cannot match the numbers, whatever they were, the magical numbers that the agency wanted me to complete because I never had enough cases in my queue. But is that your argument? I didn't see this argument that the reason he didn't do five cases was because he wasn't assigned five cases? That was part – that was in the record. That is a specific question that Her Honor is asking, but that is in the record, and that was his testimony. I don't really understand your rework argument, because part of the point is that you turn in a case that you tell us is done, and then we look at the accuracy. If the accuracy is bad, obviously that has to be fixed, but that doesn't – you shouldn't get credit for having then finished another case because you're just fixing what should have been done right the first time around, right? Right, but where does Mr. Gann get credit for finishing that case whenever it was finished? And the court would recognize that no one in the module, even the highest performers, they all had rework, but it was 83% accuracy was the number. So there was always rework, but how is the rework reflected? So no one is getting credit for those reworked cases to the extent that they got any rework? I'm sorry, I didn't hear that. I said no one was getting credit for their reworked cases. That's not the way I read the records, but I accept that as a counter. They just didn't have as many of them because their accuracy rate was higher. Right, but our client just came out of training, and he had proven himself. He was meeting those types of numbers, unwritten standards, if you will. What's this category here, average number of cases per day, on A49, that performance chart? Well, on a per diem basis, Your Honor, there's nothing magic about it. That's what he was completing according to. Doesn't that show completion? But what is measured here, when you relate back to the first column, total cases, those are all new cases. New cases. The supervisor handles you a case, and then you complete it without, and then once it gets into the cycle of rework, somehow it gets lost. Right, but what does average number of cases per day mean? I thought that referred to cases completed, an average of the cases that he was completing per day. Yes, but according to. Then why doesn't that answer your question about completion? He gets credit. That's the credit right there. He got credit for 828, 2012. He got credit for 2.11 cases per day. If I could refer in trying to answer the court's question to A61 and A62 and A63. There are some statistics. You can see that the Social Security numbers have been redacted, but these are actually cases that Mr. Gant, after he saw how he was being measured and he didn't believe it was being measured specific enough or fairly enough, he started taking notes on specific cases where he worked on and corrected whatever the deficiency was. For instance, let me give you a hypothetical. I've got a law clerk and I say to the law clerk, you've got to turn around five bench memos this week. So if he gives me five bench memos or she gives me five bench memos and they're all wrong and I have to send them back. So all five come back again. So do they get credit for 10 because they fixed the first one that was wrong? No, Your Honor. They should be getting credit for five if they completed all five. So that's the problem. So he got credit the first time that he turned it in, but it was not accurate. So the fact that he has to turn it back in again shouldn't give him double credit, right? If a case – I agree with Your Honor, if the case was he's handed the case and he gets turned back. So he never completed it the first time. So when it comes back, he should get it completed for one case at that time. But if he had already completed it and there was some rework, I think there's room to differ on that point. And I believe the issue is that the way the agency – the data is misleading. I would like to reserve one minute for it. Okay, let's hear from the government. Thank you, Mr. Kirby. Can we start with that factual question? Because when he turns it in the first time, does he get credit for completion and then they measure the accuracy and send it back? Or does he never get credit for completion? My understanding is that – may it please the Court – my understanding is that he gets credit when it's completed. So that when it – so he's – each Social Security number is a case. Right. So when you complete that Social Security number, then he gets credit for when it's completed. We didn't really focus on this because this was not raised and developed as an argument. And we can certainly – It's part of his overall argument that he wasn't given any numerical benchmarks to hang on. Yes. And I think this argument on the completion rate falls within that general area. Let me ask you now, going back to this column I was pointing out to counsel for Mr. Gann on page 849, average number of cases per day, what does that mean? Are those cases worked on or completed? Well, those are cases completed. So if they're saying he completed, for example, in March – sorry, 849. Why doesn't it say average number of cases completed per day? I mean, how is somebody supposed to look at this column and really know what it represents? Yes, well, I think what the Board said was that Mr. Gant, first he was a benefits authorizer, and the Board – it's very important right at the beginning of the Board's decision. It says that there's no dispute that – Where are you reading from? This would be our supplemental appendix at page 2. There's no dispute that each BA, benefit authorizer, goes through a lengthy training class, that they do not graduate until they've managed to complete 25 cases a week for five weeks, an average of five cases a day with 83 percent accuracy. And the other thing is these statistics are not in dispute. Mr. Gant acknowledges that he did not successfully perform the OPS, and the Board found that there was really no – he found – the Board found incredible in Mr. Gant's testimony that nobody gave him guidance, that he didn't know the numbers. The Board found they discussed training benchmarks of five cases a day at 83 percent accuracy, and as the Court pointed out earlier, focused on actually eight to ten cases a day. The Board – Mr. Gant also knew that he needed to perform far more cases, and he admitted that he was unsuccessful during the OPS period, which is essentially a PA. So – and the Board found his performance was very poor. And these are all undisputed, and basically it must be kept in mind that Mr. Gant performed at a rate of 20 percent of what is expected of a new trainee with a higher error rate. So a case a day – So I'm confused. So a case a day with, say, an 83 percent error rate, you don't close a case with an 83 percent error rate, do you? No, the cases – no, you – the cases are – were picked up. The errors are picked up for – generally before a final action is taken on them. So that's why they go back into his box to make – to correct it. Well, you've got to be measuring the error rate against the volume of cases that were turned out. I mean, you can't say you eventually get credit for closing a case when it's 100 percent, and we're still giving you an 83 percent error rate. Yes. What they're saying is these – and most of the errors were substantial according to the charts, so that basically there are substantial errors or some technical errors in – with Mr. Gant, about a third of the cases. And they then went through and they advised him that – they gave specific examples of the types of errors, and the types of errors are things such as improperly calculating the benefits owed so that would result in – Yes. Judge O'Malley asked you a question, and it – so let me tee off of that. In these charts you're providing average per day figures, and you say that people completed cases. And next to that is an accuracy rate, and they're all below 100 percent. So how can you be reporting completed cases in one column, and then stating that those cases are incomplete in another? Well, I'm looking at 859, the summary, the focused performance summary report, and it says number of cases reviewed. So I take your point on that, Your Honor. I'm looking at A49. Is that – you said 59, I think. Are you looking at 49? I was actually looking at the OPS performance summary report on A59, which is another – there were several charts. You have a number of charts. There's one at A49. There's one at A52. And they all have these average per day. You're saying that average per day means completed, and yet you have accuracy figures, some that are 20 percent, 75 percent. That can't be – that can't be – these figures don't represent that the 2.25 cases completed all had an accuracy rate of 25 percent. I mean, that doesn't make sense. Your Honor, on page 859, there's a – the OPS performance summary chart that provides a little more explanation. But it still says – I'm sorry. Go ahead. It still says cases per day, right? It shows number of cases reviewed, and this is during the month. So it says you reviewed 25 cases per month, which – So the weekly average accuracy, that is the initial mentor review of what was done during this period of performance review? I believe so. There's – because it says number of cases reviewed, and it shows on page 859 of Mr. Gant's appendix, the substantial errors were eight. Technical errors, one. Total numbers of errors, 8.5. And it shows weekly hours were. Then it shows average number of cases a day. And if you look at 25 cases in March, average number a day, 1.03. That makes sense. And this was given to Mr. Gant? This was given to Mr. Gant – well, this is the results of the OPS. I understand that, but I'm looking at the charts that I was directing your attention to before are a letter that gives results, and that's addressed to Mr. Gant. Yes. So these are – they gave him his OPS on page 49. Sorry, this is the performance assistance plan. So what they were showing him is before they put him on a performance assistance plan, this is what his output was like. And then on page 51, you have a memorandum to Mr. Gant, opportunity to perform successfully. We had there the numbers we're talking about, and that report's got both of those tables that we referred to. And then you direct us to A59. I don't know where this comes from. It's not part of the reports, apparently, that were given to Mr. Gant. This is a report after the OPS showing what his results were, showing that his – So this is the – after his performance, after the training period. Is that correct? Yes. Because he's saying that during the training period, I was not given a benchmark. And what you're telling us is you gave him the benchmark after his training, after everything was done. Again, the result of his performance. Why wasn't results like this given to him while he was in training? Well, he was – during OPS, they showed his case production during the PA. They also talked with him about his performance. They showed him – and it's undisputed that he – the numbers are undisputed, and that they showed him his performance. He discussed it with him. The board found that he was fully aware of what his performance was. He was also an employee for a long time, for years. And the board found incredible that they didn't give him guidance on what his performance was, what he needed to do to improve it. Well, I may agree with you on that. But I'll tell you, I'm a little troubled by the fact that you're in the middle of a training period, and there's performance evaluations, and that what's missing here is really the goalpost. You know, you have – if you compare this to a race, you're timing people, and you're telling them you're not running fast enough, but you never tell them how fast they're supposed to run. Yes, Your Honor. Just if I may make one – it's not a training period, and I'm thinking about performance improvement period. Okay. All right. Performance is the same thing. And the board said – the board recognized that these performance standards were not numerical. They didn't need to be, but however, the board also recognized that under the circumstances, the performance was so low that there was really no dispute that this was not up to par and that he must have known that it wasn't up to par. And, in fact, the board found, as a matter of fact, that it wasn't up to par. But he did pass the basic training, right? So at one point, he was able to do the 85 percent accuracy with – what was it, 10 cases a day for training? It was five cases a day. Five cases a day with 85 percent accuracy. He was doing that during his training, right? Yes. And this is now immediately after his training, isn't it? This is years after his training. Okay. And Mr. Gant even discussed – well, the board discussed that he knew the numerical guidelines in his own words on page SA-14 of our appendix. He'd been expressing the number of cases he claimed to have been completing during training. But was it agreed that the production productivity during the training period met the standards for training? This is mysterious with such a dramatic drop afterwards. Yeah, and the board found that it was never clear why the production dropped off. And the board never answered that. But what the board said was that what is clear is the production did drop off. It was unacceptable. Mr. Gant knew it was unacceptable. And nonetheless, given what, nearly six months, didn't improve his performance. And during the last four months when he was under formal OPS, his performance went down slightly from the prior period where – the PA period. So that was more of the informal period. So if they tell you you're not doing enough, and he specifically said you're not doing enough, and these are the numbers that you've been doing, and then he goes, it gets worse. There's really no argument to be made that he didn't know what he had to do. He did one thing. He had to improve beyond what he was doing. He did not. And also, they gave him guidance, and he did not meet that guidance. So under circumstances of this case, keeping in mind that he was an employee for years, and the board found he knew his performance was not up to par, and admitted that he failed the OPS, the court should sustain, should affirm the board's decision in this case. Okay. Thank you, Mr. Schrodinger. Yes, Mr. Corbin, you have a minute. Thank you, Your Honor. I just have three points that I'd like to address to the court as far as rebuttal. One, on A58 of Petitioner's Appendix, my client, and it was repeatedly stated that my client knew or acknowledged that his performance was subpar, and he never did that because all of these plans, the three plans that they put in front of him, the performance appraisal, the opportunity to perform assessments successfully, and the other one, the removal, he refused to sign those. So it's clear that he did not acknowledge that he was performing subpar. But there's no dispute that at one point, he at least was able to do the level of work that was needed to pass out a training, and that after training, his performance dropped dramatically, regardless of what exactly the numbers were. It was dramatically less than the training levels, right? But not to me. My client came on board in 2009. He didn't receive an unsatisfactory performance evaluation until the one that came out in 2013. So he was performing at the level that was expected for at least two years. And then, yes, there was a marked drop-off in the performance appraisal system training. He was doing better. Your opponent is saying that even assuming that he wasn't given the numerical figures that represents the level he's supposed to be performing at, that the data show that at least beginning with August 28, 2012, the data show that Mr. Gant's performance was dropping. And so how do I deal with that? Yeah, I think any employee would look at that and know, like what I said about a racer, about keeping time for a racer. You may not know how fast you're supposed to run, but if every time you run you're getting slower and slower, you know that you're not, it doesn't matter what the goal is if you're just going slower each time. In a perfect world, I would agree with that analogy, Your Honor, but I think that this was an imperfect situation for Mr. Gant. And in that, he was doing more than is reflected by the agency's self-serving data. And we would respectfully ask that. And I would, in fact, I would like to point you to A30 in the appendix, the administrative judge's own words. A30. Right, but the administrative judge did say that the standards were pretty bad on their face and vague, but then went on to say that they can be fleshed out with additional guidance and then found that they had been in this particular instance. And as this court has pointed out today, there is some confusion with those fleshed out data. And for that reason, the overall standards lack the specificity that is warranted by the statute. And we would ask that. Okay. There were two more points you wanted to make, if you can quickly. Yes. Well, the one I really want to sum it up, that the guidance that he received, that supplemented the actual performance standards was not sufficient. That was the other point, Your Honor. Okay. And we would ask that this be set aside and the case be remanded back and my client be reinstated and that he be awarded any benefits and back pay that he deserves. Thank you. Okay. Thank you. Thank you all. The case is taken into submission.